2:20-cv-1303

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

Name and address of Plaintiff:
Michael Washington #JN0105
SCI-Greene
175 Progress Drive
Waynesburg, PA 15370

v.

**RECEIVED**
SEP 0 2 2020
CLERK, U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Full name, title, and business address
of each defendant in this action:
1. Romanelli
   Correctional Officer
   Allegheny County Jail

2. Allegheny County Jail

Use additional sheets, if necessary
Number each defendant.

Plaintiff brings this action against the above named and identified defendants on the following cause of action:

I. Where are you now confined? SCI Greene

   What sentence are you serving? 5yrs to 12yrs

   What court imposed the sentence? Crawford County Court

II. Previous Lawsuits

   A. Describe any and all lawsuits in which you are a plaintiff which deal with the same facts involved in this action. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit   No Previous Law Suits.

      Plaintiffs _____

      Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) and docket number
      _____

3. Name of judge to whom case was assigned _____

4. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____
   _____

5. Approximate date of filing lawsuit _____

6. Approximate date of disposition _____

B. Prior disciplinary proceedings which deal with the same facts involved in this action:

   Where?_____
   When?_____
   Result:_____
   _____

III. What federal law do you claim was violated? The Constitution Amendments 5th, 6th, 8th, 13th §9760 Time Credit. & 1st Amendment as well As Assault & Battery; Theft, Hate crime, Sexual Assault

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.)

A. Date of event: 6/29/18 to 10/23/18

B. Place of event: Allegheny County Jail 7E/204 Pod/Cell

C. Persons involved--name each person and tell what that person did to you: C.O. Romenrelli came to my cell without A Sergeant, Lieutenant, another Correctional officer. opened my cell door. I did not have a cell mate I was in A single cell with nobody in there with me. besides C.O. Romenrelli opened my cell door and came in and punched me in the face and grabbed on my penis (private part). And hand cuffed me and I complied with the hand cuffs. I complied with the cell search. And He tore and destroyed my paper work and stole my paper work from 6/29/20 to 10/23/20. I went to Trial 3 Times in 4 months without my paperwork. My legal work and personal documents containing family pictures and letters.

As well as Business Documents containing Real Estate, ART & Recreation, Religious material 1st Amendment. Housing Finance Information. And he hendered my ability to operate Businesses that I invested my Time, Energy, and money into.

V. Did the incident of which you complain occur in an institution or place of custody in this District? If so, where? Yes, Allegheny County Jail, in Pittsburgh, PA.

and answer the following questions:

A. Is there a prisoner grievance procedure in this institution?
Yes (X) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (X) No ( )

C. If your answer is YES,

1. What steps did you take? I wrote every Dept in the Institution and my grievance Recieved the Warden.

2. What was the result? I was left still injured with No Relief. Nobody ever attempted to fix the Issue.

D. If your answer is NO, explain why not: Because the Institution Is malpractice and they are not concerned about Inmates.

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities?
Yes (X) No ( )

F. If your answer is YES,

1. What steps did you take? I talked to All the Leiutenants. Wardens, Depty Wardens, Psychs, my Lawyer.

2. What was the result? I was left Injured that is why I am contacting the Federal court to force a remedy.

VI. Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statues.

I want to be Financially compensated for my money loss in Business-ventures & pain & suffering.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

August 26, 2020
(Date)

Michael Wash Sr
(Signature of Plaintiff)

On 6/29/2018. Washington, Michael (Inmate: Washington #179879.) was in Allegheny County Jail. He was located on Pod 7E, cell #204 when he was violated (Federal LAWS violated). by C.O. Romanelli. Washington was in his cell #204. (Proof of claim: the camera footage, this incident was Recorded.) Washington was in his cell when C.O. Romanelli came to Washington's cell. Washington was not being disruptive, was not fighting or arguing with his cellmate. Washington did not have a cellmate. At this time Pod 7E cell #204 was a single Bed cell. C.O. Romanelli targeted Washington because he had developed a Hate for Black men and expressed his hate calling WASHINGTON a "Drug Dealing Nigger." The Incident began at about Approx: 10:45AM to 11:15AM, but end up extending to about 7pm/8pm. But Before Count Time. C.O. Romanelli came to Washington's cell and opened the cell door. The Issue: C.O. Romanelli came to Washington's cell without a Lieutenant, Sergeant, a camera, a fellow low RANK correctional Officer. (which is Illegal and not Policy) That would never Happen in State Prison from my Experience & observation.) But C.O. Romanelli Rushed in the cell and punched me in the FACE multiple Times. and grabbed my private part (penis) sexually Assaulting me. And called me "A Drug Dealing Nigger" (It's on camera for the Record. It's Allegheny Jail Policy to save physical Altercations with STAFF and Inmates.) Then he Hand cuffed Washington, which Washington complied with. And C.O. Romanelli searched Washington's cell which was found negative for contraband Proof of claim: supported by C.O. Romanelli's write up (misconduct Report). But none the less Washington complied with the cell search. During the cell search C.O. Romanelli tore, and Also stole, Illegally with held until 10/23/18. Because Washington filed a grievance to Major Vancherri. And Major Vancherri got the Documents back at least what was left of the Documents. The Documents contained Business Plans, Housing Finances, ART & Recreation plans, Religious material (1st Amendment), commercial LAW, my criminal case. Legal Advice and notes I recorded from PAID visits with my Attorneys. and Info I obtained off the LAW Library computer (kiosk) on the 7E Pod. (Proof of claim: supported by the ($7.00) Allegheny Court of Common Pleas Fined me for using the computer As well as the Attorney visits Recorded in the Allegheny County Jail Visitor Book) So, After C.O. Romanelli Assaulted & Battered Washington, Hand cuffed Him. searched his cell, destroyed his property and priceless documents, with no other officer present. C.O. Romanelli, un-hand cuffed Washington and Washington entered the cell. And C.O. Romanelli, Stated, "I'm going to do this everyday! I'm going make your Life A Living Hell, You Nigger!" And pushed Washington to the floor. where he re-injured his Back and Neck that was injured in A Recorded CAR Accident. Washington was seeing A Chiropractor at Hope Chiropractic in Swissvale, PGH, PA. C.O. Romanelli then slammed the cell door. And medical came and exercised mal practice not even coming INTO WASHINGTON's cell. and physically Touching him. But they medically cleared Washington But Allegheny County Jail staff did not Bring a medical stretcher. They Brought A restraint chair. Further, Injuring Washington's Back. Then they threw Washington on the floor on Pod 8E cell #119 (I forget exactly the cell) And cut his clothes off leaving him in the Nude. Then During the PTSD from being sexually Assaulted, Property Destroyed, and not being medically treated. Washington went to TRIAL 3 Times. in 4 months. without his Legal Defense or Business Records or personal pictures of his youngest Daughter Mikey Had Washington had his legal paperwork (Defense) Washington would have won trial, dismissing the case and Releasing Washington, and setting him Free.

— Goel Bress.